UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>ELFIDO ROSA GARCIA,<br><br>            DEFENDANT. | Case No. 2:15-CR-321-APG-VCF<br><br>ORDER |

**ORDER**

   IT IS THEREFORE ORDERED that the motion hearing currently scheduled for Friday, July 1, 2016 at 2:00 p.m.., be vacated and continued to __Wednesday, July 6, 2016__ at the hour of __11:00 a.m.__ in courtroom 3D re [33] Letter.

   DATED this ___30th___ of day of June, 2016.

_____

UNITES STATES MAGISTRATE JUDGE

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 3 0 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

3